IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

LUKE CRANOR, )
)
       Plaintiff, )
)
v. ) Case No. 18-5022-CV-SW-BP
)
DUNHAM ATHLEISURE CORP., )
d/b/a DUNHAM'S SPORTS, )
)
       Defendant. )

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_X\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDER Defendant's Motion to Dismiss, (Doc. 17), is **GRANTED.**

Dated : 8/10/2018

/s/Paige Wymore-Wynn
Clerk of Court

/s/ K. McIlvain
Deputy Clerk